# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: 112 Genesee Street LLC et al. (see continuation sheet)

23-1876 C

Location of Plaintiff(s)/Petitioner(s) (city/state): See continuation sheet

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): F. Greg Bowman
Firm Name: Williams & Connolly LLP

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 680 Maine Avenue, S.W.
City-State-ZIP: 20024
Telephone Number: 202-434-5000
E-mail Address: fbowman@wc.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ✔ Yes ☐ No

Nature of Suit Code: 516
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: SBA
Number of Claims Involved: 1

Amount Claimed: $ 252,699,378.20
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
Is plaintiff a small business? ☐ Yes ☐ No
Was this action proceeded by the filing of a protest before the GAO? ☐ Yes ☐ No    Solicitation No. _____
If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims? ☐ Yes ✔ No   If yes, you are required to file a separate notice of directly related case(s). See RCRC 40.2.

Continuation Sheets

| Plt. | Plaintiff Name | City | State |
|---|---|---|---|
| 1 | 112 Genesee Street LLC | Williamsville | NY |
| 2 | 1233 Polk Street LLC | San Francisco | CA |
| 3 | 1490 Restaurant Inc. | New York | NY |
| 4 | 160 Food Corporation | New York | NY |
| 5 | 1651 Food Corporation | New York | NY |
| 6 | 1900 University Blvd LLC | Round Rock | TX |
| 7 | 316 W 49th Restaurant Corporation | New York | NY |
| 8 | 341 Frame Inc | New York | NY |
| 9 | 37 N Main Street Enterprises, LLC | Doylestown | PA |
| 10 | 413 Bedford Drive LLC | Beverly Hills | CA |
| 11 | 4945 Gulf Boulevard, Inc. | St Pete Beach | FL |
| 12 | 5M Group, LLC | Los Angeles | CA |
| 13 | 6 Water Inc. | New York | NY |
| 14 | 6049 Main St Inc | East Petersburg | PA |
| 15 | 66 To Go LLC | Elk City | OK |
| 16 | 7 E Lancaster Fancy Face, LLC | Ardmore | PA |
| 17 | 700 Manhattan Ave LLC | Brooklyn | NY |
| 18 | 7452 N Western Ave Inc | Chicago | IL |
| 19 | 7SKI, Inc | North Creek | NY |
| 20 | 946 Eighth Avenue Food Corporation | New York | NY |
| 21 | AADI Investments LLC | Baton Rouge | LA |
| 22 | Afters Special Events, LLC | Huntington Beach | CA |
| 23 | Alaska Weathervane Seafoods LLC | Lakewood | WA |
| 24 | Alexanders Café 64 Inc. | St. Charles | IL |
| 25 | Alliance Arizona, LLC | Phoenix | AZ |
| 26 | Alliance Brentwood, LP | Los Angeles | CA |
| 27 | Alliance Food, LLC | Los Angeles | CA |
| 28 | Antoon Properties LLC | Orlando | FL |
| 29 | AP Franchise Group, LLC | Carlsbad & Cabazon | CA |
| 30 | Argamak LLC | Oakland | CA |
| 31 | Arroyo Corporation | Sandwich | IL |
| 32 | Bartow Brewing Company LLC | Bartow | FL |

Continuation Sheet-1

| Plt. | Plaintiff Name | City | State |
|---|---|---|---|
| 33 | Bay Fries, Inc | Doswell | VA |
| 34 | BB Ridgewood LLC | Ridgewood | NJ |
| 35 | BB Tices Corner LLC | Woodcliff Lake | NJ |
| 36 | Beets Catering, Inc. | Livermore | CA |
| 37 | BEG, LLC | Solon | OH |
| 38 | Bergen QSR, LLC | Rockaway | NJ |
| 39 | Big Dean's Ocean Front, Inc. | Santa Monica | CA |
| 40 | Bilamil, Inc. | Clinton | MD |
| 41 | Bill-Es, LLC | Fairhope | AL |
| 42 | Bitetime LLC | Nashville | TN |
| 43 | Black Sails Brewery and Taproom LLC | Colchester | CT |
| 44 | Blackberry River Baking Co LLC | Canaan | CT |
| 45 | Bob Maxwell Walk-A-Ways, Inc. | Middletown | NY |
| 46 | Bonavida Inc. | Santa Cruz | CA |
| 47 | Bradford & Marth LLC | Sweetwater | TX |
| 48 | Bridgewater QSR, LLC | Bridgewater | NJ |
| 49 | Brookpark Freeway Lanes | Parma | OH |
| 50 | Bru Daddy's Brewing Co. | Allentown | PA |
| 51 | Burger Fry Pie LLC | Coventry | CT |
| 52 | BW Brands LLC | Gainesville | GA |
| 53 | CA Partners LLC | Seattle | WA |
| 54 | Caduceus Enterprises Inc | Fitchburg | WI |
| 55 | Café Martin LLC | Shelburne Falls | MA |
| 56 | Cafe Veranda Enterprises Inc. | San Francisco | CA |
| 57 | Canal Street Food Corporation | New York | NY |
| 58 | Carefree Foods LLC | Trenton | MI |
| 59 | CB Riverfront, LLC | Cocoa Beach | FL |
| 60 | CGV Hospitality Holdings LLP | Greenville | SC |
| 61 | Chaos Brewing Company, LLC | Joplin | MO |
| 62 | Chateau Diana LLC | Healdsburg | CA |
| 63 | Chin & Sue Inc. | New York | NY |
| 64 | Cibo 2621 LLC | Long Island City | NY |
| 65 | CITY STATE INC. | Portland | OR |

Continuation Sheet-2

| Plt. | Plaintiff Name | City | State |
|---|---|---|---|
| 66 | Claudisal Rest. Corp. | New York | NY |
| 67 | Colossal Cafe St. Paul, LLC | Saint Paul | MN |
| 68 | Comoncy Galleria, LLC | Scottsdale | AZ |
| 69 | Comoncy Westwood, LLC | Los Angeles | CA |
| 70 | Cooper's Cave Ale Company, LTD. | Glens Falls | NY |
| 71 | Craft on Draught | San Francisco | CA |
| 72 | Cravings Lakehouse LLC | Saint Joseph | MI |
| 73 | Crudo Restaurant Group, LLC | Auburn | CA |
| 74 | CTC Cafe Encino, LLC | Encino | CA |
| 75 | Cubanisisimo LLC | Freehold | NJ |
| 76 | Cuenca LLC | Chicago | IL |
| 77 | Cult Bowl & Brew LLC | Los Angeles | CA |
| 78 | Daniel Marciano LLC | Scottsdale | AZ |
| 79 | Danlex LLC | Livonia | MI |
| 80 | Darr Works, LLC | North Wales | PA |
| 81 | DB California Hero Inc | San Diego | CA |
| 82 | Diamond Girls Bartenders, LLC | Independence | MO |
| 83 | Dish Functional, Inc. | Los Angeles | CA |
| 84 | DLS US LLC | Mountain View | CA |
| 85 | DM Concessions, Inc | Ashland | VA |
| 86 | DOC Restaurant Group LLC | San Francisco | CA |
| 87 | Dos Pulpos LLC | San Francisco | CA |
| 88 | DOSEY DOE, INC | The Woodlands | TX |
| 89 | Dozen Bagels Co. Inc. | New York | NY |
| 90 | Dragonmead LC | Warren | MI |
| 91 | Driftwood Bay Concepts, Inc. | St. Pete Beach | FL |
| 92 | DT Deli LLC | Omaha | NE |
| 93 | Dust Investments, Inc. | Mattoon | IL |
| 94 | EBVA1, LLC | Fairfax | VA |
| 95 | EC Sparty LLC | East Lansing | MI |
| 96 | ECI Investments, LLC | Champaign | IL |
| 97 | Educational Catering, Inc. | Ft. Worth | TX |
| 98 | EJC Entertainment LLC | East Amherst | NY |

Continuation Sheet-3

| Plt. | Plaintiff Name | City | State |
|---|---|---|---|
| 99 | Emmar Biggens LLC DBA The Diner | Gulf Shores | AL |
| 100 | ETM CFC Holdings, Inc. as successor-in-interest of Componere Fine Catering Inc. | Emeryville | CA |
| 101 | Exquisite Catering LLC | Buffalo | NY |
| 102 | Field Day Incorporated | Portland | OR |
| 103 | Florentynas Inc. | Richland | WA |
| 104 | Food Services, Inc. | Minneapolis | MN |
| 105 | Fresh Pulp Holdings LLC | Pleasanton | CA |
| 106 | Frozen Smiles Incorporated | Addison | IL |
| 107 | Fruit Caboose Concessions Inc | Oroville | CA |
| 108 | Galbreath Enterprises Inc. | Port Orange | FL |
| 109 | Ganesh Laxmi | Mountain Brook | AL |
| 110 | Garvey's Sports Bar and Grill LLC | Rock Hill | SC |
| 111 | GHM Trading Inc. | Durham | NC |
| 112 | Glacier City Foods, Inc. | Anchorage | AK |
| 113 | Goosecup Coffee LLC | Leesburg | VA |
| 114 | Gowa Inc | Charlottesville | VA |
| 115 | Grace Skye LLC | Oakland | CA |
| 116 | Gracie's Inspiration, LLC | Los Angeles | CA |
| 117 | Great Food 57th ST, LLC | Armonk | NY |
| 118 | Greater Buffalo Restaurants, Inc. | Buffalo | NY |
| 119 | Griffon Enterprises, Inc | Niagara Falls | NY |
| 120 | Griffon Gastro Pub Inc | East Aurora | NY |
| 121 | Griggs Industries LLC | Pasadena | CA |
| 122 | H&D Restaurants, LLC | Mattoon | IL |
| 123 | H&H Restaurants, Inc. | Mattoon | IL |
| 124 | H.S. Cheema, Inc | Los Angeles | CA |
| 125 | Hackstaff Restaurants, LLC | Reno | NV |
| 126 | Harry Bassilakis dba Quaker Diner | West Hartford | CT |
| 127 | HDH Investments, LLC | Charleston | IL |
| 128 | Hearth Bakery, Inc. | Pittsburgh | PA |
| 129 | Hennepin Enterprises Inc | Williamsville | NY |
| 130 | Heritage Northwest, Inc. | Juneau | AK |

Continuation Sheet-4

| Plt. | Plaintiff Name | City | State |
|---|---|---|---|
| 131 | Hill Country Chicken NY, LLC | New York | NY |
| 132 | Hill Country DC LLC | Washington | DC |
| 133 | Hill Country NY LLC | New York | NY |
| 134 | HK Express Falls Church Inc | Falls Church | VA |
| 135 | Hot Indian Foods LLC | Bloomington | MN |
| 136 | HSD Enterprises, Inc | San Francisco | CA |
| 137 | Hunan Cafe Alexandria Inc. | Alexandria | VA |
| 138 | Hystike A.W., LLC | Sacramento | CA |
| 139 | I WRAP LLC | Grand Blanc | MI |
| 140 | J&H Breakfastology Inc. | San Francisco | CA |
| 141 | James Fraser | Firebaugh | CA |
| 142 | Jamestown Mercantile Cafe LLC | Jamestown | CO |
| 143 | Jay Square LLC | Beverly | MA |
| 144 | Jimmy Ks Restaurants LLC | Haverhill | MA |
| 145 | Jin Li Yuan Inc | Mountain View | CA |
| 146 | JK Food Inc | Seattle | WA |
| 147 | JKC Fine Dining Inc. | San Francisco | CA |
| 148 | JNE CANDY Co LLC | Winter Park & Gainesville | FL |
| 149 | Johnnys Gone Fishing | Carrboro | NC |
| 150 | JT's Cafe Blue Point Inc | Blue Point | NY |
| 151 | JT's Farmhouse Inc | Bayport | NY |
| 152 | Kate O'Briens, Inc. | San Francisco | CA |
| 153 | Katlo Inc | Woodstock | IL |
| 154 | Kefaya's Cafe | McLean | VA |
| 155 | Kenco Catering, Inc. | Los Angeles | CA |
| 156 | Kimberly Ann Hartman | Reno | NV |
| 157 | Kitchen at the Dovegate Inn, LLC | Schuylerville | NY |
| 158 | KY-LA Development | Maineville | OH |
| 159 | L Carpentier Inc | Southborough | MA |
| 160 | La Vela Ristorante Inc. | New York | NY |
| 161 | Lakes Hospitality Inc | Woodbury | MN |
| 162 | Laser Entertainment Group, Inc | Tampa | FL |
| 163 | Le Qi De Inc. | Alexandria | VA |

Continuation Sheet-5

| Plt. | Plaintiff Name | City | State |
|---|---|---|---|
| 164 | Le Royale LLC | New York | NY |
| 165 | Leadville Grill, LLC | Ketchum | ID |
| 166 | Lincoln Liquor LLC | Malvern | PA |
| 167 | Lix LLC | Litchfield | NH |
| 168 | Local Buffalo Inc | Buffalo | NY |
| 169 | Local Grille and Catering LLC | Williamsville | NY |
| 170 | LouLou LLC | New York | NY |
| 171 | Lynden Pioneers, Inc. | Lynden | WA |
| 172 | M&M Establishments Inc. | Prescott | AZ |
| 173 | M. D. Associates, LLC | Casey | IL |
| 174 | Mad Raven Inc | Chico | CA |
| 175 | Maideneire LLC | New York | NY |
| 176 | Make Beverage Group LLC | Anaheim | CA |
| 177 | Mama Jennie's Italian Restaurant Inc. | Miami | FL |
| 178 | Mangia You Food LLC | Dundee | OR |
| 179 | Mary Lane Cafe | San Gabriel | CA |
| 180 | MateVeza USA, LLC | San Francisco | CA |
| 181 | Maurices Deli At South Pearl St LLC | Albany | NY |
| 182 | Mexican Mafia LLC | Arlington | VA |
| 183 | Millers LLC | Charlottesville | VA |
| 184 | Mineshaft Properties LLC | Madrid | NM |
| 185 | MM Associates, LLC | Lawrenceville | IL |
| 186 | Moderne Barn Armonk, Inc | Armonk | NY |
| 187 | Muscle Bar LLC | Alta Loma | CA |
| 188 | Nada Nashville, LLC | Nashville | TN |
| 189 | Napa Valley Brewing Co. Inc. | Calistoga | CA |
| 190 | Natalie Castaneda | Oceanside | CA |
| 191 | NBJ Concepts, Inc | Minneapolis | MN |
| 192 | New England Venture Group, LLC | Berlin | CT |
| 193 | New Jersey ABP inc | Edison | NJ |
| 194 | Next Rep Solutions LLC | Jurupa Valley | CA |
| 195 | Night Owl INC | Austin | TX |
| 196 | NKJW Partners, LLC | Grove | OK |

Continuation Sheet-6

| Plt. | Plaintiff Name | City | State |
|---|---|---|---|
| 197 | Northeast Pie, LLC | Barrington | NH |
| 198 | Nostrana, LLC | Portland | OR |
| 199 | Not Just Chocolate LLC | Brooklyn | NY |
| 200 | NYC Burger No. 1 LLC | New York | NY |
| 201 | O.R.S.I LLC | Chicago | IL |
| 202 | Old Town Properties, LLC | Nashville | TN |
| 203 | Ollies 42nd LLC | New York | NY |
| 204 | On My Grind Coffee | York | PA |
| 205 | Oregon Enterprises Inc. | Leola | PA |
| 206 | Organic Juice Bar Cranberry LLC | Cranberry Township | PA |
| 207 | P&C Sweet Home LLC | Amherst | NY |
| 208 | P.DiBurro & Sons Inc | Bradford | MA |
| 209 | P2 Inc. | Los Angeles | CA |
| 210 | Papanicolaou Enterprises | North Hollywood | CA |
| 211 | PBS Creative Inc | San Luis Obispo | CA |
| 212 | Petra NY LLC | Arverne | NY |
| 213 | Picnic Time Inc | Blue Point | NY |
| 214 | Pippo Pluto Paperino Inc | New York | NY |
| 215 | Pirate Pete's Soda Pop LLC | Northfield | NJ |
| 216 | Pitchoun Inc. | Los Angeles | CA |
| 217 | Planet Popcorn, Inc. | Irvine | CA |
| 218 | Plaza Restaurant LLC | Kernersville | NC |
| 219 | Polvora, Inc. | Napa | CA |
| 220 | Popop Corporation | Portland | OR |
| 221 | Potomac Cuisinary Services Inc | Atlanta | GA |
| 222 | Potomac Food Services Inc | Atlanta | GA |
| 223 | Propaganda Wynwood LLC | Miami | FL |
| 224 | PublicUs LLC | Las Vegas | NV |
| 225 | Queen City Foods, LLC | Lackawanna | NY |
| 226 | Quins Bar LLC | Ontario | OR |
| 227 | Rappahannock Entertainment Center Inc. | Irvington | VA |
| 228 | RC Investment Group, LLC | Palm Springs | CA |
| 229 | Red Lantern Inc | Chico | CA |

| Plt. | Plaintiff Name | City | State |
|---|---|---|---|
| 230 | Red Parrot Restaurant Inc. | Newport | RI |
| 231 | Reel and Karat Restaurant Group, LLC | Denver | CO |
| 232 | Restaurant Associates of Cincinnati, Inc. | Blue Ash | OH |
| 233 | Restaurantes Kayarda, Inc | Coamo | PR |
| 234 | Ristorante Piemontese | San Francisco | CA |
| 235 | RN Foods LLC | Carolina Beach | NC |
| 236 | Rokamco Distributing Inc. | West Allis | WI |
| 237 | Rougefox Entertainment LLC | North Hollywood | CA |
| 238 | Royal Nepal LLC | Alexandria | VA |
| 239 | Salad Heads Inc. | Essex | CT |
| 240 | San Francisco Pub Company LLC | San Francisco | CA |
| 241 | Sandusky Star Lanes Inc | Sandusky | OH |
| 242 | Sanko Restaurant Inc | Chicago | IL |
| 243 | Savory Kitchen, LLC | San Jose | CA |
| 244 | Schwarz2 Corporation | Woodland | CA |
| 245 | Sheryl Ann Catering LLC | Madison | CT |
| 246 | Shibumi LLC | Sloughhouse | CA |
| 247 | Solo Restaurant LLC | Dallas | TX |
| 248 | South Indian LLC | Chapel Hill | NC |
| 249 | Southern Restaurant Operations, LLC | Southaven | MI |
| 250 | Stag Dining Group, INC | San Francisco | CA |
| 251 | StandEatDrink, LLC | Milwaukee | WI |
| 252 | Star Lanes at the Harbor Ltd | Port Clinton | OH |
| 253 | Sternbach Holdings LLC | New York | NY |
| 254 | Stove 3 West Chester LLC | West Chester | PA |
| 255 | Strike Holdings, LLC | Fairfield | OH |
| 256 | Sub of Subs, LLC | Duluth | GA |
| 257 | Surfridge Brewing Company East, LLC | Centerbrook | CT |
| 258 | Susette Slevin | North St Paul | MN |
| 259 | SW3, LLC | Bloomington | IL |
| 260 | Szakacs Investments LLC | Elkhart | IN |
| 261 | Tacky Tarpon, Inc. | Seminole | FL |
| 262 | Taj Niel Inc | Little Rock | AR |

Continuation Sheet-8

| Plt. | Plaintiff Name | City | State |
|---|---|---|---|
| 263 | Taste of A'Roma, Inc. | Beverly Hills | CA |
| 264 | Tastings Inc | New York | NY |
| 265 | TC Dugan Enterprises Inc | Carlsbad | CA |
| 266 | TDMull Properties, Inc. | San Francisco | CA |
| 267 | Tereneo 3634 LLC | Evanston | IL |
| 268 | The City Catering Company, Inc. | Seattle | WA |
| 269 | The Dirty Bourbon Dance Hall & Saloon CS LLC | Colorado Springs | CO |
| 270 | The Dirty Bourbon Dance Hall & Saloon LLC | Albuquerque | NM |
| 271 | The Dudes' Brewing Company, LLC | Torrance | CA |
| 272 | The Falls Bar Limited Partnership | Los Angeles | CA |
| 273 | The Firehouse BBQ, LLC | Richmond | IN |
| 274 | The Gutter Bar LES LLC | New York | NY |
| 275 | The Gutter Bar LLC | Brooklyn | NY |
| 276 | The Hearthstone Restaurant Group, Inc. | San Antonio | TX |
| 277 | The Katie Catlin Corporation | Lapeer | MI |
| 278 | The Phoenix Irish Bar, LLC | San Francisco | CA |
| 279 | The Pulpo Group Inc. | Ann Arbor | MI |
| 280 | The Sleek Greek | Peoria | AZ |
| 281 | The Stave, Inc. | Long Beach | CA |
| 282 | The Studio, an Artistic Dining Experience, Inc | Hilton Head Island | SC |
| 283 | The Victor Cafe | Philadelphia | PA |
| 284 | Thomas Costa dba North Plank Road Tavern | Newburgh | NY |
| 285 | Three Sheets, LLC | Atlanta | GA |
| 286 | THREE-ZERO-EIGHT, LLC | New Orleans | LA |
| 287 | Timios Enterprises Corp | Arlington Heights | IL |
| 288 | Tom Ralys | North Adams | MA |
| 289 | Trel Restaurant Inc | New York | NY |
| 290 | Updog LLC | Oakland | CA |
| 291 | Ushers of Moorhead LLC | Moorhead | MN |
| 292 | Vasiliki Corp | New York | NY |
| 293 | Village Food Court LLC | Quincy | MA |
| 294 | Village Tavern Salem, Inc | Salem | MA |
| 295 | VS Services, L.L.C. | Seattle | WA |

| Plt. | Plaintiff Name | City | State |
|------|----------------|------|-------|
| 296 | Waterstone Events, Inc. | Acworth | GA |
| 297 | Whiskey R. LLC | Prescott | AZ |
| 298 | Whitney's Inn, LLC | Jackson | NH |
| 299 | Winchester Inn LLC | Ashland | OR |
| 300 | WLC Restaurant LLC | San Luis Obispo | CA |
| 301 | Xenia Enterprises Inc | Waunakee | WI |
| 302 | Yajika Restaurants, Inc | Santa Isabel | PR |
| 303 | Zechsan Business Development Inc. | San Francisco | CA |