**EXHIBIT A**

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 1 | 112 Genesee Street LLC | LLC | Williamsville | NY | Online portal | Monday, May 3, 2021 | $146,184.00 | No |
| 2 | 1233 Polk Street LLC | LLC | San Francisco | CA | Online portal | Monday, May 3, 2021 | $1,371,588.00 | Yes |
| 3 | 1490 Restaurant Inc. | S-Corporation | New York | NY | Online portal | Monday, May 3, 2021 | $462,230.00 | No |
| 4 | 160 Food Corporation | S-Corporation | New York | NY | Online portal | Monday, May 3, 2021 | $1,931,892.00 | No |
| 5 | 1651 Food Corporation | S-Corporation | New York | NY | Online portal | Monday, May 3, 2021 | $3,343,785.74 | No |
| 6 | 1900 University Blvd LLC | C-Corporation | Round Rock | TX | Online portal | Monday, May 3, 2021 | $220,761.40 | No |
| 7 | 316 W 49th Restaurant Corporation | S-Corporation | New York | NY | Online portal | Monday, May 3, 2021 | $4,261,541.00 | No |
| 8 | 341 Frame Inc | C-Corporation | New York | NY | Online portal | Monday, May 3, 2021 | $4,631,158.00 | Yes |
| 9 | 37 N Main Street Enterprises, LLC | LLC | Doylestown | PA | Online portal | Monday, May 3, 2021 | $740,081.37 | No |
| 10 | 413 Bedford Drive LLC | LLC | Beverly Hills | CA | Online portal | Monday, May 3, 2021 | $291,203.10 | No |
| 11 | 4945 Gulf Boulevard, Inc. | S-Corporation | St Pete Beach | FL | Online portal | Monday, May 3, 2021 | $443,674.57 | No |

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 12 | 5M Group, LLC | LLC | Los Angeles | CA | Online portal | Monday, May 3, 2021 | $287,700.00 | Yes |
| 13 | 6 Water Inc. | S-Corporation | New York | NY | Online portal | Monday, May 3, 2021 | $1,432,470.66 | No |
| 14 | 6049 Main St Inc | S-Corporation | East Petersburg | PA | Online portal | Monday, May 3, 2021 | $413,048.00 | No |
| 15 | 66 To Go LLC | LLC | Elk City | OK | Online portal | Monday, May 3, 2021 | $424,029.08 | No |
| 16 | 7 E Lancaster Fancy Face, LLC | LLC | Ardmore | PA | Online portal | Monday, May 3, 2021 | $1,290,120.46 | No |
| 17 | 700 Manhattan Ave LLC | LLC | Brooklyn | NY | Online portal | Monday, May 3, 2021 | $234,809.00 | Yes |
| 18 | 7452 N Western Ave Inc | S-Corporation | Chicago | IL | Online portal | Monday, May 3, 2021 | $43,722.00 | No |
| 19 | 7SKI, Inc | S-Corporation | North Creek | NY | Online portal | Monday, May 3, 2021 | $395,502.00 | Yes |
| 20 | 946 Eighth Avenue Food Corporation | S-Corporation | New York | NY | Online portal | Monday, May 3, 2021 | $149,879.86 | No |
| 21 | AADI Investments LLC | LLC | Baton Rouge | LA | Online portal | Monday, May 3, 2021 | $132,704.00 | Yes |
| 22 | Afters Special Events, LLC | LLC | Huntington Beach | CA | Online portal | Monday, May 3, 2021 | $555,499.00 | Yes |
| 23 | Alaska Weathervane Seafoods LLC | LLC | Lakewood | WA | Online portal | Monday, May 3, 2021 | $204,548.00 | No |

Exhibit A-2

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 24 | Alexanders Café 64 Inc. | S-Corporation | St. Charles | IL | Online portal | Monday, May 3, 2021 | $43,068.63 | No |
| 25 | Alliance Arizona, LLC | LLC | Phoenix | AZ | Online portal | Monday, May 3, 2021 | $950,448.14 | No |
| 26 | Alliance Brentwood, LP | Partnership | Los Angeles | CA | Online portal | Monday, May 3, 2021 | $3,340,490.50 | No |
| 27 | Alliance Food, LLC | LLC | Los Angeles | CA | Online portal | Monday, May 3, 2021 | $1,089,885.00 | No |
| 28 | Antoon Properties LLC | LLC | Orlando | FL | Online portal | Monday, May 3, 2021 | $122,178.66 | Yes |
| 29 | AP Franchise Group, LLC | LLC | Carlsbad & Cabazon | CA | Online portal | Monday, May 3, 2021 | $777,935.21 | Yes |
| 30 | Argamak LLC | LLC | Oakland | CA | Online portal | Monday, May 3, 2021 | $1,419,388.00 | Yes |
| 31 | Arroyo Corporation | S-Corporation | Sandwich | IL | Online portal | Monday, May 3, 2021 | $295,631.90 | Yes |
| 32 | Bartow Brewing Company LLC | LLC | Bartow | FL | Online portal | Monday, May 3, 2021 | $283,714.22 | Yes |
| 33 | Bay Fries, Inc | S-Corporation | Doswell | VA | Online portal | Monday, May 3, 2021 | $1,988,999.00 | Yes |
| 34 | BB Ridgewood LLC | LLC | Ridgewood | NJ | Online portal | Monday, May 3, 2021 | $70,844.00 | No |
| 35 | BB Tices Corner LLC | LLC | Woodcliff Lake | NJ | Online portal | Monday, May 3, 2021 | $575,787.16 | No |

Exhibit A-3

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 36 | Beets Catering, Inc. | S-Corporation | Livermore | CA | Online portal | Monday, May 3, 2021 | $5,779,132.50 | No |
| 37 | BEG, LLC | LLC | Solon | OH | Online portal | Saturday, May 1, 2021 | $1,120,620.00 | No |
| 38 | Bergen QSR, LLC | LLC | Rockaway | NJ | Online portal | Monday, May 3, 2021 | $229,867.00 | No |
| 39 | Big Dean's Ocean Front, Inc. | S-Corporation | Santa Monica | CA | Online portal | Monday, May 3, 2021 | $1,289,361.00 | No |
| 40 | Bilamil, Inc. | S-Corporation | Clinton | MD | Online portal | Monday, May 3, 2021 | $449,292.00 | Yes |
| 41 | Bill-Es, LLC | LLC | Fairhope | AL | Online portal | Monday, May 3, 2021 | $153,355.92 | No |
| 42 | Bitetime LLC | LLC | Nashville | TN | Online portal | Monday, May 3, 2021 | $602,661.00 | No |
| 43 | Black Sails Brewery and Taproom LLC | LLC | Colchester | CT | Online portal | Monday, May 3, 2021 | $82,332.16 | No |
| 44 | Blackberry River Baking Co LLC | LLC | Canaan | CT | Online portal | Monday, May 3, 2021 | $304,877.00 | No |
| 45 | Bob Maxwell Walk-A-Ways, Inc. | C-Corporation | Middletown | NY | Online portal | Monday, May 3, 2021 | $916,537.85 | No |
| 46 | Bonavida Inc. | S-Corporation | Santa Cruz | CA | Online portal | Monday, May 3, 2021 | $1,074,281.48 | Yes |
| 47 | Bradford & Marth LLC | LLC | Sweetwater | TX | Online portal | Monday, May 3, 2021 | $69,931.98 | No |

Exhibit A-4

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 48 | Bridgewater QSR, LLC | LLC | Bridgewater | NJ | Online portal | Monday, May 3, 2021 | $351,639.00 | No |
| 49 | Brookpark Freeway Lanes | LLC | Parma | OH | Online portal | Saturday, May 1, 2021 | $458,981.00 | No |
| 50 | Bru Daddy's Brewing Co. | S-Corporation | Allentown | PA | Online portal | Monday, May 3, 2021 | $860,907.96 | No |
| 51 | Burger Fry Pie LLC | LLC | Coventry | CT | Online portal | Monday, May 3, 2021 | $109,297.86 | No |
| 52 | BW Brands LLC | LLC | Gainesville | GA | Online portal | Monday, May 3, 2021 | $870,005.00 | No |
| 53 | CA Partners LLC | LLC | Seattle | WA | Online portal | Monday, May 3, 2021 | $1,355,323.40 | No |
| 54 | Caduceus Enterprises Inc | S-Corporation | Fitchburg | WI | Online portal | Monday, May 3, 2021 | $204,571.61 | No |
| 55 | Café Martin LLC | LLC | Shelburne Falls | MA | Online portal | Monday, May 3, 2021 | $673,263.09 | No |
| 56 | Cafe Veranda Enterprises Inc. | C-Corporation | San Francisco | CA | Online portal | Monday, May 3, 2021 | $2,794,434.00 | No |
| 57 | Canal Street Food Corporation | S-Corporation | New York | NY | Online portal | Monday, May 3, 2021 | $2,080,416.54 | No |
| 58 | Carefree Foods LLC | LLC | Trenton | MI | Online portal | Monday, May 3, 2021 | $413,474.00 | No |
| 59 | CB Riverfront, LLC | LLC | Cocoa Beach | FL | Online portal | Monday, May 3, 2021 | $376,481.41 | No |

Exhibit A-5

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 60 | CGV Hospitality Holdings LLP | Partnership | Greenville | SC | Online portal | Monday, May 3, 2021 | $903,579.23 | Yes |
| 61 | Chaos Brewing Company, LLC | S-Corporation | Joplin | MO | Online portal | Monday, May 3, 2021 | $479,171.86 | No |
| 62 | Chateau Diana LLC | LLC | Healdsburg | CA | Online portal | Monday, May 3, 2021 | $2,414,451.00 | No |
| 63 | Chin & Sue Inc. | C-Corporation | New York | NY | Online portal | Monday, May 3, 2021 | $831,372.00 | Yes |
| 64 | Cibo 2621 LLC | LLC | Long Island City | NY | Online portal | Monday, May 3, 2021 | $1,066,598.34 | No |
| 65 | CITY STATE INC. | S-Corporation | Portland | OR | Online portal | Monday, May 3, 2021 | $453,241.00 | Yes |
| 66 | Claudisal Rest. Corp. | C-Corporation | New York | NY | Online portal | Monday, May 3, 2021 | $582,731.00 | no |
| 67 | Colossal Cafe St. Paul, LLC | LLC | Saint Paul | MN | Online portal | Monday, May 3, 2021 | $861,165.00 | Yes |
| 68 | Comoncy Galleria, LLC | LLC | Scottsdale | AZ | Online portal | Monday, May 3, 2021 | $343,564.42 | No |
| 69 | Comoncy Westwood, LLC | LLC | Los Angeles | CA | Online portal | Monday, May 3, 2021 | $313,689.80 | No |
| 70 | Cooper's Cave Ale Company, LTD. | S-Corporation | Glens Falls | NY | Online portal | Monday, May 3, 2021 | $347,363.60 | No |
| 71 | Craft on Draught | S-Corporation | San Francisco | CA | Online portal | Monday, May 3, 2021 | $388,581.09 | No |

Exhibit A-6

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 72 | Cravings Lakehouse LLC | LLC | Saint Joseph | MI | Online portal | Monday, May 3, 2021 | $813,912.00 | Yes |
| 73 | Crudo Restaurant Group, LLC | LLC | Auburn | CA | Online portal | Monday, May 3, 2021 | $696,034.16 | No |
| 74 | CTC Cafe Encino, LLC | LLC | Encino | CA | Online portal | Monday, May 3, 2021 | $1,152,860.63 | No |
| 75 | Cubanisisimo LLC | LLC | Freehold | NJ | Online portal | Monday, May 3, 2021 | $214,188.00 | Yes |
| 76 | Cuenca LLC | LLC | Chicago | IL | Online portal | Monday, May 3, 2021 | $140,970.00 | No |
| 77 | Cult Bowl & Brew LLC | LLC | Los Angeles | CA | Online portal | Monday, May 3, 2021 | $127,837.00 | No |
| 78 | Daniel Marciano LLC | LLC | Scottsdale | AZ | Online portal | Monday, May 3, 2021 | $371,883.00 | No |
| 79 | Danlex LLC | S-Corporation | Livonia | MI | Online portal | Monday, May 3, 2021 | $363,865.53 | No |
| 80 | Darr Works, LLC | LLC | North Wales | PA | Online portal | Monday, May 3, 2021 | $368,059.96 | Yes |
| 81 | DB California Hero Inc | S-Corporation | San Diego | CA | Online portal | Monday, May 3, 2021 | $466,640.00 | No |
| 82 | Diamond Girls Bartenders, LLC | LLC | Independence | MO | Online portal | Sunday, April 25, 2021 | $110,529.00 | Yes |
| 83 | Dish Functional, Inc. | S-Corporation | Los Angeles | CA | Online portal | Monday, May 3, 2021 | $1,003,325.78 | Yes |

Exhibit A-7

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 84 | DLS US LLC | LLC | Mountain View | CA | Online portal | Monday, May 3, 2021 | $691,530.33 | Yes |
| 85 | DM Concessions, Inc | C-Corporation | Ashland | VA | Online portal | Monday, May 3, 2021 | $594,506.30 | No |
| 86 | DOC Restaurant Group LLC | LLC taxed as Partnership | San Francisco | CA | Online portal | Monday, May 3, 2021 | $1,456,288.00 | No |
| 87 | Dos Pulpos LLC | LLC | San Francisco | CA | Online portal | Monday, May 3, 2021 | $278,608.39 | Yes |
| 88 | DOSEY DOE, INC | C-Corporation | The Woodlands | TX | Online portal | Monday, May 3, 2021 | $1,931,033.00 | No |
| 89 | Dozen Bagels Co. Inc. | S-Corporation | New York | NY | Online portal | Monday, May 3, 2021 | $814,502.78 | Yes |
| 90 | Dragonmead LC | LLC | Warren | MI | Online portal | Monday, May 3, 2021 | $1,214,325.00 | Yes |
| 91 | Driftwood Bay Concepts, Inc. | S-Corporation | St. Pete Beach | FL | Online portal | Monday, May 3, 2021 | $458,039.27 | No |
| 92 | DT Deli LLC | LLC | Omaha | NE | Online portal | Monday, May 3, 2021 | $385,989.31 | No |
| 93 | Dust Investments, Inc. | S-Corporation | Mattoon | IL | Online portal | Monday, May 3, 2021 | $319,428.60 | No |
| 94 | EBVA1, LLC | Partnership | Fairfax | VA | Online portal | Monday, May 3, 2021 | $318,889.10 | Yes |
| 95 | EC Sparty LLC | LLC | East Lansing | MI | Online portal | Monday, May 3, 2021 | $179,963.00 | Yes |

Exhibit A-8

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 96 | ECI Investments, LLC | LLC | Champaign | IL | Online portal | Monday, May 3, 2021 | $318,705.61 | No |
| 97 | Educational Catering, Inc. | S-Corporation | Ft. Worth | TX | Online portal | Monday, May 3, 2021 | $2,512,654.00 | No |
| 98 | EJC Entertainment LLC | LLC | East Amherst | NY | Online portal | Monday, May 3, 2021 | $218,172.00 | No |
| 99 | Emmar Biggens LLC DBA The Diner | LLC | Gulf Shores | AL | Online portal | Monday, May 3, 2021 | $603,986.00 | No |
| 100 | ETM CFC Holdings, Inc. as successor-in-interest of Componere Fine Catering Inc. | S-Corporation | Emeryville | CA | Online portal | Monday, May 3, 2021 | $4,723,679.00 | No |
| 101 | Exquisite Catering LLC | LLC | Buffalo | NY | Online portal | Monday, May 3, 2021 | $733,334.00 | No |
| 102 | Field Day Incorporated | S-Corporation | Portland | OR | Online portal | Monday, May 3, 2021 | $344,474.00 | No |
| 103 | Florentynas Inc. | C-Corporation | Richland | WA | Online portal | Monday, May 3, 2021 | $1,015,272.19 | Yes |
| 104 | Food Services, Inc. | S-Corporation | Minneapolis | MN | Online portal | Monday, May 3, 2021 | $341,846.09 | Yes |
| 105 | Fresh Pulp Holdings LLC | LLC | Pleasanton | CA | Online portal | Monday, May 3, 2021 | $1,012,002.50 | Yes |

Exhibit A-9

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 106 | Frozen Smiles Incorporated | C-Corporation | Addison | IL | Online portal | Monday, May 3, 2021 | $123,537.57 | Yes |
| 107 | Fruit Caboose Concessions Inc | S-Corporation | Oroville | CA | Online portal | Monday, May 3, 2021 | $853,935.00 | No |
| 108 | Galbreath Enterprises Inc. | S-Corporation | Port Orange | FL | Online portal | Monday, May 3, 2021 | $1,474,082.00 | No |
| 109 | Ganesh Laxmi | LLC | Mountain Brook | AL | Online portal | Monday, May 3, 2021 | $872,811.29 | Yes |
| 110 | Garvey's Sports Bar and Grill LLC | LLC | Rock Hill | SC | Online portal | Monday, May 3, 2021 | $582,363.49 | Yes |
| 111 | GHM Trading Inc. | C-Corporation | Durham | NC | Online portal | Monday, May 3, 2021 | $465,175.71 | No |
| 112 | Glacier City Foods, Inc. | S-Corporation | Anchorage | AK | Online portal | Monday, May 3, 2021 | $335,082.00 | No |
| 113 | Goosecup Coffee LLC | LLC | Leesburg | VA | Online portal | Monday, May 3, 2021 | $386,765.00 | Yes |
| 114 | Gowa Inc | S-Corporation | Charlottesville | VA | Online portal | Monday, May 3, 2021 | $377,429.00 | No |
| 115 | Grace Skye LLC | LLC | Oakland | CA | Online portal | Monday, May 3, 2021 | $381,020.00 | Yes |
| 116 | Gracie's Inspiration, LLC | LLC | Los Angeles | CA | Online portal | Monday, May 3, 2021 | $376,893.00 | Yes |
| 117 | Great Food 57th ST, LLC | LLC | Armonk | NY | Online portal | Monday, May 3, 2021 | $1,227,154.00 | No |

Exhibit A-10

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 118 | Greater Buffalo Restaurants, Inc. | S-Corporation | Buffalo | NY | Online portal | Monday, May 3, 2021 | $198,381.00 | No |
| 119 | Griffon Enterprises, Inc | S-Corporation | Niagara Falls | NY | Online portal | Monday, May 3, 2021 | $518,792.00 | No |
| 120 | Griffon Gastro Pub Inc | S-Corporation | East Aurora | NY | Online portal | Monday, May 3, 2021 | $791,146.00 | No |
| 121 | Griggs Industries LLC | S-Corporation | Pasadena | CA | Online portal | Monday, May 3, 2021 | $122,594.00 | Yes |
| 122 | H&D Restaurants, LLC | S-Corporation | Mattoon | IL | Online portal | Monday, May 3, 2021 | $237,340.62 | No |
| 123 | H&H Restaurants, Inc. | S-Corporation | Mattoon | IL | Online portal | Monday, May 3, 2021 | $245,200.32 | No |
| 124 | H.S. Cheema, Inc | S-Corporation | Los Angeles | CA | Online portal | Monday, May 3, 2021 | $797,239.00 | Yes |
| 125 | Hackstaff Restaurants, LLC | LLC | Reno | NV | Online portal | Monday, May 3, 2021 | $370,538.04 | No |
| 126 | Harry Bassilakis dba Quaker Diner | Sole Proprietorship or Self-employed | West Hartford | CT | Online portal | Monday, May 3, 2021 | $140,563.00 | No |
| 127 | HDH Investments, LLC | LLC | Charleston | IL | Online portal | Monday, May 3, 2021 | $186,042.14 | No |
| 128 | Hearth Bakery, Inc. | S-Corporation | Pittsburgh | PA | Online portal | Monday, May 3, 2021 | $513,042.05 | No |

Exhibit A-11

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 129 | Hennepin Enterprises Inc | S-Corporation | Williamsville | NY | Online portal | Monday, May 3, 2021 | $1,162,174.00 | No |
| 130 | Heritage Northwest, Inc. | C-Corporation | Juneau | AK | Online portal | Monday, May 3, 2021 | $1,581,460.56 | Yes |
| 131 | Hill Country Chicken NY, LLC | LLC | New York | NY | Online portal | Monday, May 3, 2021 | $1,328,542.00 | No |
| 132 | Hill Country DC LLC | LLC | Washington | DC | Online portal | Monday, May 3, 2021 | $3,090,348.00 | No |
| 133 | Hill Country NY LLC | LLC | New York | NY | Online portal | Monday, May 3, 2021 | $3,048,933.00 | No |
| 134 | HK Express Falls Church Inc | C-Corporation | Falls Church | VA | Online portal | Monday, May 3, 2021 | $37,927.18 | No |
| 135 | Hot Indian Foods LLC | S-Corporation | Bloomington | MN | Online portal | Monday, May 3, 2021 | $558,198.00 | No |
| 136 | HSD Enterprises, Inc | S-Corporation | San Francisco | CA | Online portal | Monday, May 3, 2021 | $1,101,230.00 | Yes |
| 137 | Hunan Cafe Alexandria Inc. | C-Corporation | Alexandria | VA | Online portal | Monday, May 3, 2021 | $183,613.58 | No |
| 138 | Hystike A.W., LLC | LLC | Sacramento | CA | Online portal | Monday, May 3, 2021 | $1,221,155.00 | Yes |
| 139 | I WRAP LLC | LLC | Grand Blanc | MI | Online portal | Monday, May 3, 2021 | $16,808.41 | Yes |

Exhibit A-12

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 140 | J&H Breakfastology Inc. | S-Corporation | San Francisco | CA | Online portal | Monday, May 3, 2021 | $1,465,903.00 | No |
| 141 | James Fraser | Sole Proprietorship or Self-employed | Firebaugh | CA | Online portal | Monday, May 3, 2021 | $891,270.00 | No |
| 142 | Jamestown Mercantile Cafe LLC | LLC | Jamestown | CO | Online portal | Monday, May 3, 2021 | $65,030.00 | Yes |
| 143 | Jay Square LLC | LLC | Beverly | MA | Online portal | Monday, May 3, 2021 | $241,907.00 | Yes |
| 144 | Jimmy Ks Restaurants LLC | LLC | Haverhill | MA | Online portal | Monday, May 3, 2021 | $737,931.60 | Yes |
| 145 | Jin Li Yuan Inc | S-Corporation | Mountain View | CA | Online portal | Monday, May 3, 2021 | $2,091,742.00 | Yes |
| 146 | JK Food Inc | S-Corporation | Seattle | WA | Online portal | Monday, May 3, 2021 | $582,700.00 | Yes |
| 147 | JKC Fine Dining Inc. | S-Corporation | San Francisco | CA | Online portal | Monday, May 3, 2021 | $2,268,671.00 | No |
| 148 | JNE CANDY Co LLC | LLC | Winter Park & Gainesville | FL | Online portal | Monday, May 3, 2021 | $397,987.50 | Yes |
| 149 | Johnnys Gone Fishing | LLC | Carrboro | NC | Online portal | Monday, May 3, 2021 | $42,557.13 | Yes |
| 150 | JT's Cafe Blue Point Inc | S-Corporation | Blue Point | NY | Online portal | Monday, May 3, 2021 | $446,910.00 | No |

Exhibit A-13

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 151 | JT's Farmhouse Inc | S-Corporation | Bayport | NY | Online portal | Monday, May 3, 2021 | $1,130,205.92 | No |
| 152 | Kate O'Briens, Inc. | S-Corporation | San Francisco | CA | Online portal | Monday, May 3, 2021 | $966,062.00 | No |
| 153 | Katlo Inc | S-Corporation | Woodstock | IL | Online portal | Monday, May 3, 2021 | $995,329.00 | Yes |
| 154 | Kefaya's Cafe | Sole Proprietorship or Self-Employed | McLean | VA | Online portal | Monday, May 3, 2021 | $6,887.00 | No |
| 155 | Kenco Catering, Inc. | S-Corporation | Los Angeles | CA | Online portal | Monday, May 3, 2021 | $395,315.55 | No |
| 156 | Kimberly Ann Hartman | Sole Proprietorship or Self-Employed | Reno | NV | Online portal | Monday, May 3, 2021 | $242,153.00 | Yes |
| 157 | Kitchen at the Dovegate Inn, LLC | LLC | Schuylerville | NY | Online portal | Monday, May 3, 2021 | $22,633.00 | Yes |
| 158 | KY-LA Development | LLC | Maineville | OH | Online portal | Monday, May 3, 2021 | $547,754.35 | No |
| 159 | L Carpentier Inc | S-Corporation | Southborough | MA | Online portal | Monday, May 3, 2021 | $583,137.56 | Yes |
| 160 | La Vela Ristorante Inc. | S-Corporation | New York | NY | Online portal | Monday, May 3, 2021 | $421,426.33 | No |

Exhibit A-14

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 161 | Lakes Hospitality Inc | S-Corporation | Woodbury | MN | Online portal | Monday, May 3, 2021 | $478,188.44 | No |
| 162 | Laser Entertainment Group, Inc | C-Corporation | Tampa | FL | Online portal | Monday, May 3, 2021 | $516,854.00 | No |
| 163 | Le Qi De Inc. | C-Corporation | Alexandria | VA | Online portal | Monday, May 3, 2021 | $138,749.69 | No |
| 164 | Le Royale LLC | LLC taxed as S-Corp | New York | NY | Online portal | Monday, May 3, 2021 | $1,239,854.64 | No |
| 165 | Leadville Grill, LLC | LLC | Ketchum | ID | Online portal | Monday, May 3, 2021 | $106,531.28 | No |
| 166 | Lincoln Liquor LLC | LLC | Malvern | PA | Online portal | Monday, May 3, 2021 | $963,057.06 | No |
| 167 | Lix LLC | LLC | Litchfield | NH | Online portal | Monday, May 3, 2021 | $178,064.00 | No |
| 168 | Local Buffalo Inc | S-Corporation | Buffalo | NY | Online portal | Monday, May 3, 2021 | $531,448.00 | Yes |
| 169 | Local Grille and Catering LLC | LLC | Williamsville | NY | Online portal | Monday, May 3, 2021 | $101,426.00 | Yes |
| 170 | LouLou LLC | LLC | New York | NY | Online portal | Monday, May 3, 2021 | $1,296,051.26 | No |
| 171 | Lynden Pioneers, Inc. | S-Corporation | Lynden | WA | Online portal | Monday, May 3, 2021 | $302,841.76 | No |
| 172 | M&M Establishments Inc. | S-Corporation | Prescott | AZ | Online portal | Monday, May 3, 2021 | $401,793.00 | No |
| 173 | M. D. Associates, LLC | LLC | Casey | IL | Online portal | Monday, May 3, 2021 | $31,087.07 | No |

Exhibit A-15

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 174 | Mad Raven Inc | S-Corporation | Chico | CA | Online portal | Monday, May 3, 2021 | $1,373,540.00 | No |
| 175 | Maideneire LLC | LLC | New York | NY | Online portal | Monday, May 3, 2021 | $3,341,093.00 | No |
| 176 | Make Beverage Group LLC | LLC | Anaheim | CA | Online portal | Monday, May 3, 2021 | $286,903.00 | Yes |
| 177 | Mama Jennie's Italian Restaurant Inc. | C-Corporation | Miami | FL | Online portal | Monday, May 3, 2021 | $548,761.45 | Yes |
| 178 | Mangia You Food LLC | LLC | Dundee | OR | Online portal | Monday, May 3, 2021 | $805,889.00 | No |
| 179 | Mary Lane Cafe | Sole Proprietorship or Self-Employed | San Gabriel | CA | Online portal | Monday, May 3, 2021 | $3,482,609.11 | Yes |
| 180 | MateVeza USA, LLC | LLC | San Francisco | CA | Online portal | Monday, May 3, 2021 | $427,650.00 | No |
| 181 | Maurices Deli At South Pearl St LLC | LLC | Albany | NY | Online portal | Monday, May 3, 2021 | $224,760.00 | No |
| 182 | Mexican Mafia LLC | LLC | Arlington | VA | Online portal | Monday, May 3, 2021 | $146,699.00 | No |
| 183 | Millers LLC | S-Corporation | Charlottesville | VA | Online portal | Monday, May 3, 2021 | $1,003,261.63 | No |
| 184 | Mineshaft Properties LLC | LLC | Madrid | NM | Online portal | Monday, May 3, 2021 | $413,747.42 | Yes |

Exhibit A-16

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 185 | MM Associates, LLC | LLC | Lawrenceville | IL | Online portal | Monday, May 3, 2021 | $131,410.17 | No |
| 186 | Moderne Barn Armonk, Inc | S-Corporation | Armonk | NY | Online portal | Monday, May 3, 2021 | $1,048,400.00 | No |
| 187 | Muscle Bar LLC | LLC | Alta Loma | CA | Online portal | Monday, May 3, 2021 | $845,638.19 | Yes |
| 188 | Nada Nashville, LLC | LLC | Nashville | TN | Online portal | Wednesday, April 28, 2021 | $674,907.05 | No |
| 189 | Napa Valley Brewing Co. Inc. | C-Corporation | Calistoga | CA | Online portal | Monday, May 3, 2021 | $987,198.77 | Yes |
| 190 | Natalie Castaneda | Sole Proprietorship or Self-employed | Oceanside | CA | Online portal | Monday, May 3, 2021 | $24,866.67 | Yes |
| 191 | NBJ Concepts, Inc | S-Corporation | Minneapolis | MN | Online portal | Monday, May 3, 2021 | $179,614.17 | Yes |
| 192 | New England Venture Group, LLC | LLC | Berlin | CT | Online portal | Monday, May 3, 2021 | $661,298.80 | Yes |
| 193 | New Jersey ABP inc | S-Corporation | Edison | NJ | Online portal | Monday, May 3, 2021 | $426,561.00 | Yes |
| 194 | Next Rep Solutions LLC | LLC | Jurupa Valley | CA | Online portal | Monday, May 3, 2021 | $95,549.25 | Yes |
| 195 | Night Owl INC | LLC | Austin | TX | Online portal | Monday, May 3, 2021 | $183,102.08 | No |

Exhibit A-17

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 196 | NKJW Partners, LLC | LLC | Grove | OK | Online portal | Monday, May 3, 2021 | $4,399,625.02 | Yes |
| 197 | Northeast Pie, LLC | LLC | Barrington | NH | Through POS partner | Monday, May 3, 2021 | $146,366.00 | No |
| 198 | Nostrana, LLC | LLC taxed as S-Corp | Portland | OR | Online portal | Monday, May 3, 2021 | $2,773,960.00 | No |
| 199 | Not Just Chocolate LLC | LLC | Brooklyn | NY | Online portal | Monday, May 3, 2021 | $59,952.20 | No |
| 200 | NYC Burger No. 1 LLC | LLC | New York | NY | Online portal | Monday, May 3, 2021 | $3,063,904.00 | No |
| 201 | O.R.S.I LLC | LLC | Chicago | IL | Online portal | Monday, May 3, 2021 | $221,216.72 | Yes |
| 202 | Old Town Properties, LLC | LLC | Nashville | TN | Online portal | Monday, May 3, 2021 | $376,823.00 | No |
| 203 | Ollies 42nd LLC | Sole Proprietorship or Self-Employed | New York | NY | Online portal | Tuesday, April 27, 2021 | $863,437.00 | Yes |
| 204 | On My Grind Coffee | Sole Proprietorship or Self-Employed | York | PA | Online portal | Monday, May 3, 2021 | $41,757.00 | Yes |
| 205 | Oregon Enterprises Inc. | S-Corporation | Leola | PA | Online portal | Monday, May 3, 2021 | $257,958.64 | No |
| 206 | Organic Juice Bar Cranberry LLC | LLC | Cranberry Township | PA | Online portal | Monday, May 3, 2021 | $103,373.82 | No |

Exhibit A-18

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 207 | P&C Sweet Home LLC | LLC | Amherst | NY | Online portal | Monday, May 3, 2021 | $478,429.00 | No |
| 208 | P.DiBurro & Sons Inc | S-Corporation | Bradford | MA | Online portal | Friday, April 23, 2021 | $799,417.08 | No |
| 209 | P2 Inc. | C-Corporation | Los Angeles | CA | Online portal | Monday, May 3, 2021 | $265,909.00 | No |
| 210 | Papanicolaou Enterprises | C-Corporation | North Hollywood | CA | Online portal | Monday, May 3, 2021 | $640,844.00 | No |
| 211 | PBS Creative Inc | S-Corporation | San Luis Obispo | CA | Online portal | Monday, May 3, 2021 | $733,206.00 | No |
| 212 | Petra NY LLC | LLC | Arverne | NY | Online portal | Monday, May 3, 2021 | $615,530.82 | No |
| 213 | Picnic Time Inc | S-Corporation | Blue Point | NY | Online portal | Monday, May 3, 2021 | $37,107.00 | No |
| 214 | Pippo Pluto Paperino Inc | C-Corporation | New York | NY | Online portal | Monday, May 3, 2021 | $485,711.92 | No |
| 215 | Pirate Pete's Soda Pop LLC | LLC | Northfield | NJ | Online portal | Monday, May 3, 2021 | $135,539.50 | No |
| 216 | Pitchoun Inc. | C-Corporation | Los Angeles | CA | Online portal | Monday, May 3, 2021 | $1,217,208.00 | No |
| 217 | Planet Popcorn, Inc. | S-Corporation | Irvine | CA | Online portal | Monday, May 3, 2021 | $1,274,079.64 | Yes |
| 218 | Plaza Restaurant LLC | LLC | Kernersville | NC | Online portal | Monday, May 3, 2021 | $89,404.00 | No |

Exhibit A-19

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 219 | Polvora, Inc. | S-Corporation | Napa | CA | Online portal | Monday, May 3, 2021 | $4,349,319.00 | No |
| 220 | Popop Corporation | S-Corporation | Portland | OR | Online portal | Monday, May 3, 2021 | $933,466.37 | No |
| 221 | Potomac Cuisinary Services Inc | S-Corporation | Atlanta | GA | Online portal | Monday, May 3, 2021 | $627,301.57 | Yes |
| 222 | Potomac Food Services Inc | S-Corporation | Atlanta | GA | Online portal | Monday, May 3, 2021 | $1,498,409.21 | Yes |
| 223 | Propaganda Wynwood LLC | LLC | Miami | FL | Online portal | Monday, May 3, 2021 | $642,801.94 | No |
| 224 | PublicUs LLC | S-Corporation | Las Vegas | NV | Online portal | Monday, May 3, 2021 | $366,765.00 | Yes |
| 225 | Queen City Foods, LLC | LLC taxed as S-Corp | Lackawanna | NY | Online portal | Monday, May 3, 2021 | $401,308.50 | No |
| 226 | Quins Bar LLC | LLC | Ontario | OR | Online portal | Monday, May 3, 2021 | $44,931.00 | Yes |
| 227 | Rappahannock Entertainment Center Inc. | S-Corporation | Irvington | VA | Online portal | Monday, May 3, 2021 | $2,734,221.00 | Yes |
| 228 | RC Investment Group, LLC | LLC | Palm Springs | CA | Online portal | Monday, May 3, 2021 | $1,353,456.00 | No |
| 229 | Red Lantern Inc | S-Corporation | Chico | CA | Online portal | Monday, May 3, 2021 | $737,908.00 | No |
| 230 | Red Parrot Restaurant Inc. | S-Corporation | Newport | RI | Online portal | Monday, May 3, 2021 | $1,261,786.50 | No |

Exhibit A-20

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 231 | Reel and Karat Restaurant Group, LLC | LLC | Denver | CO | Online portal | Monday, May 3, 2021 | $1,087,794.80 | No |
| 232 | Restaurant Associates of Cincinnati, Inc. | S-Corporation | Blue Ash | OH | Online portal | Monday, May 3, 2021 | $551,893.00 | No |
| 233 | Restaurantes Kayarda, Inc | C-Corporation | Coamo | PR | Online portal | Monday, May 3, 2021 | $778,296.00 | Yes |
| 234 | Ristorante Piemontese | C-Corporation | San Francisco | CA | Online portal | Monday, May 3, 2021 | $1,966,216.00 | No |
| 235 | RN Foods LLC | LLC taxed as Partnership | Carolina Beach | NC | Online portal | Monday, May 3, 2021 | $486,602.50 | No |
| 236 | Rokamco Distributing Inc. | C-Corporation | West Allis | WI | Online portal | Monday, May 3, 2021 | $187,119.00 | No |
| 237 | Rougefox Entertainment LLC | S-Corporation | North Hollywood | CA | Online portal | Monday, May 3, 2021 | $534,403.00 | Yes |
| 238 | Royal Nepal LLC | S-Corporation | Alexandria | VA | Online portal | Monday, May 3, 2021 | $385,247.00 | No |
| 239 | Salad Heads Inc. | C-Corporation | Essex | CT | Online portal | Monday, May 3, 2021 | $302,284.00 | No |
| 240 | San Francisco Pub Company LLC | LLC taxed as C-Corp | San Francisco | CA | Online portal | Monday, May 3, 2021 | $1,559,434.00 | No |
| 241 | Sandusky Star Lanes Inc | S-Corporation | Sandusky | OH | Online portal | Monday, May 3, 2021 | $118,211.50 | No |

Exhibit A-21

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 242 | Sanko Restaurant Inc | S-Corporation | Chicago | IL | Online portal | Monday, May 3, 2021 | $741,551.00 | No |
| 243 | Savory Kitchen, LLC | LLC | San Jose | CA | Online portal | Monday, May 3, 2021 | $435,816.50 | Yes |
| 244 | Schwarz2 Corporation | S-Corporation | Woodland | CA | Online portal | Sunday, May 2, 2021 | $511,234.27 | Yes |
| 245 | Sheryl Ann Catering LLC | LLC | Madison | CT | Online portal | Monday, May 3, 2021 | $191,536.00 | Yes |
| 246 | Shibumi LLC | LLC | Sloughhouse | CA | Online portal | Monday, May 3, 2021 | $2,646,136.00 | No |
| 247 | Solo Restaurant LLC | LLC taxed as S-Corp | Dallas | TX | Online portal | Monday, May 3, 2021 | $188,011.00 | No |
| 248 | South Indian LLC | LLC | Chapel Hill | NC | Online portal | Monday, May 3, 2021 | $542,869.00 | Yes |
| 249 | Southern Restaurant Operations, LLC | LLC | Southaven | MI | Online portal | Monday, May 3, 2021 | $1,655,331.00 | No |
| 250 | Stag Dining Group, INC | C-Corporation | San Francisco | CA | Online portal | Monday, May 3, 2021 | $1,115,550.00 | No |
| 251 | StandEatDrink, LLC | LLC | Milwaukee | WI | Online portal | Monday, May 3, 2021 | $2,031,302.00 | Yes |
| 252 | Star Lanes at the Harbor Ltd | Partnership | Port Clinton | OH | Online portal | Monday, May 3, 2021 | $91,238.00 | No |
| 253 | Sternbach Holdings LLC | LLC | New York | NY | Online portal | Monday, May 3, 2021 | $918,840.00 | No |

Exhibit A-22

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 254 | Stove 3 West Chester LLC | LLC | West Chester | PA | Online portal | Monday, May 3, 2021 | $115,633.08 | No |
| 255 | Strike Holdings, LLC | LLC | Fairfield | OH | Online portal | Monday, May 3, 2021 | $89,451.00 | No |
| 256 | Sub of Subs, LLC | LLC | Duluth | GA | Online portal | Monday, May 3, 2021 | $102,278.00 | Yes |
| 257 | Surfridge Brewing Company East, LLC | LLC | Centerbrook | CT | Online portal | Monday, May 3, 2021 | $185,745.66 | Yes |
| 258 | Susette Slevin | Sole Proprietorship or Self-Employed | North St Paul | MN | Online portal | Monday, May 3, 2021 | $132,671.00 | Yes |
| 259 | SW3, LLC | LLC | Bloomington | IL | Online portal | Monday, May 3, 2021 | $1,014,870.00 | No |
| 260 | Szakacs Investments LLC | LLC | Elkhart | IN | Online portal | Monday, May 3, 2021 | $191,049.04 | Yes |
| 261 | Tacky Tarpon, Inc. | S-Corporation | Seminole | FL | Online portal | Monday, May 3, 2021 | $1,055,377.00 | No |
| 262 | Taj Niel Inc | S-Corporation | Little Rock | AR | Online portal | Monday, May 3, 2021 | $137,374.00 | No |
| 263 | Taste of A'Roma, Inc. | S-corporation | Beverly Hills | CA | Online portal | Monday, May 3, 2021 | $127,779.74 | Yes |
| 264 | Tastings Inc | S-Corporation | New York | NY | Online portal | Monday, May 3, 2021 | $1,987,013.00 | Yes |

Exhibit A-23

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 265 | TC Dugan Enterprises Inc | S-Corporation | Carlsbad | CA | Online portal | Monday, May 3, 2021 | $794,549.26 | Yes |
| 266 | TDMull Properties, Inc. | S-Corporation | San Francisco | CA | Online portal | Monday, May 3, 2021 | $499,914.00 | No |
| 267 | Tereneo 3634 LLC | LLC | Evanston | IL | Online portal | Monday, May 3, 2021 | $704,034.00 | Yes |
| 268 | The City Catering Company, Inc. | S-Corporation | Seattle | WA | Online portal | Monday, May 3, 2021 | $2,851,376.67 | Yes |
| 269 | The Dirty Bourbon Dance Hall & Saloon CS LLC | LLC | Colorado Springs | CO | Online portal | Monday, May 3, 2021 | $458,274.00 | No |
| 270 | The Dirty Bourbon Dance Hall & Saloon LLC | LLC | Albuquerque | NM | Online portal | Monday, May 3, 2021 | $1,274,325.00 | No |
| 271 | The Dudes' Brewing Company, LLC | LLC | Torrance | CA | Online portal | Monday, May 3, 2021 | $2,345,825.00 | Yes |
| 272 | The Falls Bar Limited Partnership | Partnership | Los Angeles | CA | Online portal | Monday, May 3, 2021 | $936,086.00 | Yes |
| 273 | The Firehouse BBQ, LLC | LLC | Richmond | IN | Online portal | Monday, May 3, 2021 | $288,631.86 | No |
| 274 | The Gutter Bar LES LLC | LLC | New York | NY | Online portal | Tuesday, April 27, 2021 | $1,400,164.53 | No |

Exhibit A-24

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 275 | The Gutter Bar LLC | LLC | Brooklyn | NY | Online portal | Tuesday, April 27, 2021 | $1,387,002.12 | No |
| 276 | The Hearthstone Restaurant Group, Inc. | C-Corporation | San Antonio | TX | Online portal | Sunday, May 2, 2021 | $479,230.00 | No |
| 277 | The Katie Catlin Corporation | C-Corporation | Lapeer | MI | Online portal | Monday, May 3, 2021 | $445,784.56 | Yes |
| 278 | The Phoenix Irish Bar, LLC | LLC | San Francisco | CA | Online portal | Monday, May 3, 2021 | $535,776.00 | No |
| 279 | The Pulpo Group Inc. | C-Corporation | Ann Arbor | MI | Online portal | Monday, May 3, 2021 | $4,566,710.37 | Yes |
| 280 | The Sleek Greek | Sole Proprietorship or Self-Employed | Peoria | AZ | Online portal | Monday, May 3, 2021 | $639,593.25 | No |
| 281 | The Stave, Inc. | S-Corporation | Long Beach | CA | Online portal | Monday, May 3, 2021 | $421,726.00 | No |
| 282 | The Studio, an Artistic Dining Experience, Inc | S-Corporation | Hilton Head Island | SC | Online portal | Monday, May 3, 2021 | $126,731.00 | No |
| 283 | The Victor Cafe | S-Corporation | Philadelphia | PA | Online portal | Monday, May 3, 2021 | $1,204,868.00 | No |
| 284 | Thomas Costa dba North Plank Road Tavern | Sole Proprietorship or Self-Employed | Newburgh | NY | Online portal | Monday, May 3, 2021 | $121,850.00 | No |

Exhibit A-25

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 285 | Three Sheets, LLC | LLC taxed as Partnership | Atlanta | GA | Online portal | Monday, May 3, 2021 | $374,953.79 | No |
| 286 | THREE-ZERO-EIGHT, LLC | LLC taxed as S-Corp | New Orleans | LA | Online portal | Monday, May 3, 2021 | $379,435.09 | No |
| 287 | Timios Enterprises Corp | S-Corporation | Arlington Heights | IL | Online portal | Monday, May 3, 2021 | $1,220,085.56 | No |
| 288 | Tom Ralys | Sole Proprietorship or Self-Employed | North Adams | MA | Online portal | Monday, May 3, 2021 | $492,502.52 | No |
| 289 | Trel Restaurant Inc | S-Corporation | New York | NY | Online portal | Monday, May 3, 2021 | $5,000,000.00 | No |
| 290 | Updog LLC | LLC | Oakland | CA | Online portal | Monday, May 3, 2021 | $913,553.00 | No |
| 291 | Ushers of Moorhead LLC | S-Corporation | Moorhead | MN | Online portal | Monday, May 3, 2021 | $1,029,075.67 | No |
| 292 | Vasiliki Corp | S-Corporation | New York | NY | Online portal | Monday, May 3, 2021 | $840,167.93 | No |
| 293 | Village Food Court LLC | LLC | Quincy | MA | Online portal | Monday, May 3, 2021 | $230,256.94 | No |
| 294 | Village Tavern Salem, Inc | S-Corporation | Salem | MA | Online portal | Monday, May 3, 2021 | $837,914.46 | No |
| 295 | VS Services, L.L.C. | LLC | Seattle | WA | Online portal | Monday, May 3, 2021 | $902,846.00 | Yes |
| 296 | Waterstone Events, Inc. | C-Corporation | Acworth | GA | Online portal | Monday, May 3, 2021 | $614,939.00 | Yes |

Exhibit A-26

| Plt. No. | Plaintiff Name | Form of Organization | City | State | Application Submission | Application to SBA | Grant Amount | Priority |
|---|---|---|---|---|---|---|---|---|
| 297 | Whiskey R. LLC | LLC taxed as S-Corp | Prescott | AZ | Online portal | Monday, May 3, 2021 | $334,304.41 | No |
| 298 | Whitney's Inn, LLC | Sole Proprietorship or Self-Employed | Jackson | NH | Online portal | Sunday, May 2, 2021 | $464,380.00 | No |
| 299 | Winchester Inn LLC | LLC taxed as S-Corp | Ashland | OR | Online portal | Saturday, May 1, 2021 | $1,248,482.73 | No |
| 300 | WLC Restaurant LLC | LLC | San Luis Obispo | CA | Online portal | Monday, May 3, 2021 | $706,695.07 | No |
| 301 | Xenia Enterprises Inc | S-Corporation | Waunakee | WI | Online portal | Monday, May 3, 2021 | $142,828.72 | No |
| 302 | Yajika Restaurants, Inc | C-Corporation | Santa Isabel | PR | Online portal | Monday, May 3, 2021 | $860,142.00 | Yes |
| 303 | Zechsan Business Development Inc. | S-Corporation | San Francisco | CA | Online portal | Monday, May 3, 2021 | $1,104,950.00 | Yes |

Exhibit A-27