# In the United States Court of Federal Claims

No. 23-1876C

Filed: April 14, 2026

**112 GENESEE STREET, LLC, et al,**

       *Plaintiff,*

**v.**

**UNITED STATES,**

       *Defendant,*

## ORDER

The Court held an in-person status conference on April 14, 2026, for the parties to provide an update on the status of discovery and to set a schedule for further proceedings.  At the status conference, the following schedule was established:

| | |
|---|---|
| **May 21, 2026** | the defendant shall file its answer to the complaint; |
| **June 2, 2026** | the plaintiffs shall provide notice of deposition(s) to the defendant under Rule 30(b)(6); |
| **July 20, 2026** | the parties shall file a joint status report. |

After reviewing the joint status report, the Court will schedule, in consultation with the parties, an in-person status conference during the week of July 26, 2026.

It is so **ORDERED**.

s/ Richard A. Hertling

**Richard A. Hertling**
**Judge**